UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELL INC.,<br>One Dell Way<br>Round Rock, TX 78682<br><br>                        Plaintiff,<br><br>      v.<br><br>FRANK A. DECOSTA III,<br>901 New York Ave., N.W.<br>Washington, D.C. 20001<br><br>    and<br><br>JOHN C. PAUL<br>901 New York Ave., N.W.<br>Washington, D.C. 20001<br><br>                        Defendants. | No. _____<br><br><br><br>Underlying Litigation:<br>Case Nos. 2:15-cv-00073-HCM-RJK<br>(Lead Case), 2:16-cv-00082-HMC-RJK<br>United States District Court<br>Eastern District of Virginia<br>Norfolk Division<br><br><br><br>ORAL ARGUMENT REQUESTED |

## DELL INC.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff Dell Inc., by and through its counsel, respectfully moves to compel compliance by non-parties Frank A. DeCosta III and John C. Paul with the Subpoenas to Produce Documents and to Testify at a Deposition in a Civil Action.

Pursuant to Local Rule 7(f), Dell believes a hearing on this Motion will assist the Court.

Further support for this Motion is detailed in the Memorandum in Support, the Declaration of John Thorne and Exhibits attached thereto.

2

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7(M)

Counsel for Dell certifies that pursuant to Local Civil Rule 7(m) that they conferred with non-parties Frank A. DeCosta III and John C. Paul, through their attorneys at Finnegan, Henderson, Farabow, Garrett & Dunner, LLP and Defendants oppose this Motion.

Dated:  December 22, 2016

Respectfully Submitted,

_[signature]_

Charles B. Molster, III (Bar No. 386821)
THE LAW OFFICES OF
   CHARLES B. MOLSTER, III PLLC
2141 Wisconsin Ave., N.W., Suite M
Washington, D.C. 20007
Telephone:  (202) 787-1312
cmolster@molsterlaw.com

John Thorne (Bar No. 3421351)
K. Chris Todd (Bar No. 284455)
Aaron M. Panner (Bar No. 453608)
Joseph S. Hall (Bar No. 475057)
Derek T. Ho (Bar No. 488609)
KELLOGG, HUBER, HANSEN, TODD,
   EVANS & FIGEL, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
jthorne@khhte.com
ktodd@khhte.com
apanner@khhte.com
jhall@khhte.com
dho@khhte.com

*Attorneys for Dell Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2016, I caused the foregoing to be filed with the Clerk of the Court by hand delivery, and by email and U.S. mail postage prepaid on the foregoing:

>FRANK A. DECOSTA III
>901 New York Ave., N.W.
>Washington, D.C. 20001
>frank.decosta@finnegan.com
>
>JOHN C. PAUL
>901 New York Ave., N.W.
>Washington, D.C. 20001
>john.paul@finnegan.com

_____
John Thorne