UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| DELL INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK A. DECOSTA III and JOHN C. PAUL,<br><br>    Defendants. | No. _____<br><br><br><br><br>Underlying Litigation:<br>Case Nos. 2:15-cv-00073-HCM-RJK (Lead Case), 2:16-cv-00082-HMC-RJK<br>United States District Court<br>Eastern District of Virginia<br>Norfolk Division |

DECLARATION OF JOHN THORNE IN SUPPORT OF
DELL INC.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS

I, John Thorne, declare as follows:

1. I am a partner with the law firm Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. and counsel for Plaintiff Dell Inc. in the above-captioned case. I submit this Declaration in Support of Dell's Motion to Compel Compliance with Subpoenas.

2. Attached as Exhibit A is a true and correct copy of the Complaint for Patent Infringement, *Audio MPEG, Inc. v. Dell Inc.*, No. 16-cv-82 (E.D. Va.), dated December 21, 2015.

3. Attached as Exhibit B is a true and correct copy of Dell Inc.'s Answer, Affirmative Defenses, and Counterclaims, *MPEG, Inc. v. HP, Inc.*, Dkt. 183, Nos. 15-cv-73, *et al.* (E.D. Va.), dated July 15, 2016.

4. Attached as Exhibit C is a true and correct copy of the Subpoena to Produce Documents and to Testify at a Deposition in a Civil Action served upon Frank A. DeCosta III, *Audio MPEG, Inc. v. HP, Inc.*, Nos. 15-cv-73, *et al.* (E.D. Va.), dated July 20, 2016.

5. Attached as Exhibit D is a true and correct copy of Subpoena to Produce Documents and to Testify at a Deposition in a Civil Action served upon John C. Paul, *Audio MPEG, Inc. v. HP, Inc.*, Nos. 15-cv-73, *et al.* (E.D. Va.), dated July 20, 2016.

6. Attached as Exhibit E is a true and correct copy of the Responses and Objections of Nonparty Former Legal Counsel Frank DeCosta, John Paul, and Finnegan to Subpoenas to Produce Documents and to Testify at Depositions in a Civil Action, *Audio MPEG, Inc. v. HP, Inc.*, Nos. 15-cv-73, *et al.* (E.D. Va.), dated August 9, 2016.

7. Attached as Exhibit F is a true and correct copy of Audio MPEG Inc.'s Initial Disclosure, *Audio MPEG, Inc. v. HP, Inc.*, Nos. 15-cv-73, *et al.* (E.D. Va.), dated June 6, 2016.

Dated: December 22, 2016

_____
John Thorne

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2016, I caused the foregoing to be filed with the Clerk of the Court by hand delivery, and by email and U.S. mail postage prepaid on the foregoing:

FRANK A. DECOSTA III
901 New York Ave., N.W.
Washington, D.C. 20001
frank.decosta@finnegan.com

JOHN C. PAUL
901 New York Ave., N.W.
Washington, D.C. 20001
john.paul@finnegan.com

_____
John Thorne